Earle, Receiver, *v.* Commonwealth of Pennsylvania.

No. 22, Jan. T., 1898. Appeal from C. P. No. 4, Phila. Co.

PER CURIAM, January 12, 1901:

In obedience to the mandate of the Supreme Court of the United States, the judgment is reversed, and the case is remanded to the court of common pleas, No. 4, for further proceedings not inconsistent with the opinion of the Supreme Court of the United States. See 189 Pa. 606.